**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NANCY BURT,

      Plaintiff,

vs.                                        CASE NO. 06-12137
                                            HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY

      Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE**
**<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

      Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Scheer's Report and Recommendation of November 8, 2006, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted and Defendant's Motion to Remand be denied.

      After a thorough review of the court file, the respective parties' motions and the Report and Recommendation, and noting that no timely objections have been filed, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Therefore,

      IT IS ORDERED that Defendant's Motion to Remand is DENIED and Plaintiff's Motion for Summary Judgment is GRANTED and that this case be sent to the Commissioner for a computation of benefits to which the claimant is entitled.

      IT IS SO ORDERED.

                                                S/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 11, 2006.

S/Marie E. Verlinde  
Case Manager  
(810) 984-3290